UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61378-Civ-SCOLA

MICHAEL CALVET,

    Plaintiff,

v.

TRINITY TECHNOLOGY et al.,

    Defendants.

_____/

## ORDER DENYING REQUEST TO RESCHEDULE MEDIATION

THIS MATTER is before the Court on an independent review of the record. Pursuant to the April 9, 2012 Order Granting the Joint Motion for Extension of Time, the parties had up to and including **May 9, 2012** to complete mediation. To date, the parties have failed to do so. Because of this, the Court entered a Show Cause Order in regards to the failure to timely hold mediation. On May 30, 2012, one day after the deadline to respond to the Show Cause Order, the Plaintiff submitted a Proposed Order Scheduling Mediation for June 6, 2012. Despite the fact that the mediation would be held a month late without explanation, the Court generously entered an Order Scheduling Mediation for that date. The Order expressly stated: "This date has been agreed to by the parties and mediator and shall not be rescheduled or cancelled without leave of Court." Yet, without any explanation, on June 4, 2012, the Plaintiff filed another Proposed Order Scheduling Mediation, which indicated that the mediation would now be held on June 26, 2012. The filing does not state any grounds for the need to move the mediation date, nor does it provide good cause for the Court to permit the parties to mediate nearly two months beyond the deadline.

Given this lack of information, the present record provides no grounds for the Court to allow the parties to move the mediation. If there are good grounds, then the parties must inform the Court by way of well-supported motion to reschedule the mediation. Absent such, the parties shall mediate on June 6, 2012, as previously ordered.

**DONE and ORDERED** in chambers at Miami, Florida on June 4, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of Record*
*Designated U.S. Magistrate Judge*