UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61378-Civ-SCOLA

MICHAEL CALVET,

    Plaintiff,

v.

TRINITY TECHNOLOGY and
DESIGN, LLC, DAVID A. VRANICAR,

    Defendants.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion for Final Judgment [ECF No. 56]. Plaintiff seeks to hold Defendants accountable for alleged non-compliance with the terms of the settlement agreement approved by the Court. Specifically, the Plaintiff complains that Defendants failed to timely tender payment due under the agreement. In view of Defendants' response and affidavit indicating that the settlement check was timely mailed, the Plaintiff's Motion is **DENIED**. The Court will not award fees to either party.

**DONE and ORDERED** in chambers, at Miami, Florida, on September 7, 2012.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*